M. P. No. 77-230. VIRGINIA REILLY *v.* EDWARD ALGER, *Alias Mrs. Edward Alger, Alias Eleanor Alger.* The petition for writ of certiorari is denied. *Gary Yesser,* for plaintiff-respondent. *James P. Flynn,* for defendants-petitioners.

M. P. No. 77-237. TERRY LYNN THORPE *v.* ANTHONY CABRAL LOUIS JONES. The petition for writ of certiorari is denied. *Julius C. Michaelson,* Attorney General, *Harold E. Krause, Jr.,* Special Assistant Attorney General, for plaintiff-respondent. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for defendant-petitioner.

M. P. No. 77-239. WILLIAM J. BOYES, *p.p.a.,* WILLIAM BOYES, JR. *v.* HELEN I. MARTIN *and* UNITED TRUCK AND BUS SERVICE CO. The petition for writ of certiorari is granted and the writ shall issue forthwith.

This case is consolidated with the case of *Boyes et al.*v. *Martin et al.* M. P. No. 77-248 and both cases are consolidated with the cases of *Fireman's Fund* v. *McAlpine.* M. P. No. 76-195 and *Rogers* v. *Toegemann,* M. P. No. 76-226 for oral argument. *Revens, DeLuca & Najarian, John C. Revens, Jr.,* for plaintiffs-respondents. *Carroll, Kelly & Murphy, Joseph A. Kelly,* for United Truck and Bus Service Co., defendant-petitioner.

M. P. No. 77-249. THE HERALD PRESS, INC. *v.* JOHN H. NORBERG, *in his capacity as Tax Administrator of the State of Rhode Island.* The petition for writ of certiorari is granted and the writ shall issue forthwith. *Smith & Smith, Incorporated, Hershel Smith,* for petitioner. *Julius C. Michaelson,* Attorney General, *Allen P. Rubine,* Assistant Attorney General, *Perry Shatkin,* Chief Legal Officer (Taxation), for respondent.